JUDGE BUCHWALD

Erwin J. Shustak, Esq. (ES 5617)
shustak@shufirm.com
SHUSTAK & PARTNERS, P.C.
400 Park Avenue
New York, NY 10022
Telephone: (212) 688-5900
Facsimile: (212) 688-6151

Attorneys for Plaintiff

08 CV 03150

RECEIVED
MAR 28 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGE METAL INDUSTRIES, LLC, a New York Limited Liability Company; JOSEPH MESSA, an individual; GALAXY SWITCHGEAR INDUSTRIES, LLC, a New York Limited Liability Company; BLAISE FREDELLA, an individual; ISAK LEMBERG, an individual; BORIS BREGMAN, an individual; PICASSO LIGHTING INDUSTRIES LLC, a New York Limited Liability Company; INDEPENDENT LIGHTING, LLC, a New York Limited Liability Company; GREEN LIGHT SOLUTIONS, LLC; and MITCHELL BLOOMBERG, an individual,<br><br>Defendants. | Case No.<br><br>PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff NATIONAL LIGHTING COMPANY, INC. states the following:

NATIONAL LIGHTING COMPANY, INC. is a corporation organized under the laws of the state of New Jersey and there is no publicly held corporation that owns 10% or more of its stock.

DATED: March __, 2008

Submitted by,

SHUSTAK & PARTNERS, P.C.
ERWIN J. SHUSTAK

_____
Erwin J. Shustak (ES 5617)
Shustak@shufirm.com

400 Park Avenue
New York, NY 10022
Telephone: (212) 688-5900
Facsimile: (212) 688-6151

Attorneys for Plaintiff

OF COUNSEL:

Jonah A. Toleno, Esq.
jtoleno@shufirm.com
Shustak & Partners, P.C.
401 West A Street, suite 2330
San Diego, CA 92101
619.696.9500