UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SHUSTAK & PARTNERS - 349

NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION

Plaintiff(s)

Index #: 08 CV 03150 BUCHWALD

- against -

Date Filed:

BRIDGE METAL INDUSTRIES, LLC, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 0055.33

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFFREY CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 12:04 PM at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY10550

deponent served the within true copy of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT on BRIDGE METAL INDUSTRIES, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**  by delivering thereat a true copy of each to BLAISE FREDELLA personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 5'8 | 250 |

WEARS GLASSES

Sworn to me on: April 4, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

JEFFREY CAMPOLO

Docket #: 547012

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: SHUSTAK & PARTNERS - 349

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION<br><br>Plaintiff(s)<br><br>- against -<br><br>BRIDGE METAL INDUSTRIES, LLC, ETAL<br><br>Defendant(s) | Index #: 08 CV 03150 BUCHWALD<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 0055.33 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFFREY CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 12:07 PM at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550

deponent served the within true copy/copies of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT on JOSEPH MESSA, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to JULIA BORCHAKOVSKAIA a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 48 | 5'6 | 115 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 4, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 4, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

JEFFREY CAMPOLO

Docket #: 552561

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SHUSTAK & PARTNERS - 349

NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION

Plaintiff(s)

Index #: 08 CV 03150 BUCHWALD

- against -

Date Filed:

BRIDGE METAL INDUSTRIES, LLC, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 0055.33

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFFREY CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 12:07 PM at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550

deponent served the within true copy of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT on GALAXY SWITCHGEAR INDUSTRIES, LLC, the defendant/respondent therein named,

LIMITED LIABILITY COMPANY
by delivering thereat a true copy of each to JULIA BORCHAKOVSKAIA personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 48 | 5'6 | 115 |

Sworn to me on: April 4, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**JEFFREY CAMPOLO**

Docket #: 552562

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SHUSTAK & PARTNERS - 349

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION<br><br>Plaintiff(s)<br><br>- against -<br><br>BRIDGE METAL INDUSTRIES, LLC, ETAL<br><br>Defendant(s) | Index #: 08 CV 03150 BUCHWALD<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 0055.33 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFFREY CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 12:04 PM at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550

deponent served the within true copy of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT on BLAISE FREDELLA, the defendant/respondent therein named.

**INDIVIDUAL** by delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 5'8 | 250 |

WEARS GLASSES

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant/respondent in this action.

Sworn to me on: April 4, 2008

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **JEFFREY CAMPOLO**<br><br>Docket #: 552563 |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SHUSTAK & PARTNERS - 349

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SHUSTAK & PARTNERS - 349

NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION

Plaintiff(s)

Index #: 08 CV 03150 BUCHWALD

- against -

Date Filed:

BRIDGE METAL INDUSTRIES, LLC, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 0055.33

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFFREY CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 12:07 PM at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550

deponent served the within true copy/copies of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES on ISAK LEMBERG, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to JULIA BORCHAKOVSKAIA a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 48 | 5'6 | 115 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 4, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 4, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

JEFFREY CAMPOLO

Docket #: 552564

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SHUSTAK & PARTNERS - 349

NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION

Plaintiff(s)

Index #: 08 CV 03150 BUCHWALD

- against -

Date Filed:

BRIDGE METAL INDUSTRIES, LLC, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 0055.33

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFFREY CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 12:07 PM at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550

deponent served the within true copy/copies of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES on BORIS BREGMAN, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to JULIA BORCHAKOVSKAIA a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 48 | 5'6 | 115 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 4, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 4, 2008

JEFFREY CAMPOLO

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

Docket #: 552565

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SHUSTAK & PARTNERS - 349

NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION

Plaintiff(s)

Index #: 08 CV 03150 BUCHWALD

- against -

Date Filed:

BRIDGE METAL INDUSTRIES, LLC, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 0055.33

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFFREY CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 12:07 PM at

717 SOUTH THIRD AVENUE
MOUNT VERNON, NY10550

deponent served the within true copy of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES on PICASSO LIGHTING INDUSTRIES LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** — by delivering thereat a true copy of each to JULIA BORCHAKOVSKAIA personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 48 | 5'6 | 115 |

Sworn to me on: April 4, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**JEFFREY CAMPOLO**

Docket #: 552566

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SHUSTAK & PARTNERS - 349

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION<br>Plaintiff(s)<br><br>- against -<br><br>BRIDGE METAL INDUSTRIES, LLC, ETAL<br>Defendant(s) | Index #: 08 CV 03150 BUCHWALD<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 0055.33 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 06:35 PM at

92 HAZELWOOD DRIVE (PRIVATE HOUSE)
JERICHO, NY11753

deponent served the within true copy of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES on INDEPENDENT LIGHTING, LLC, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to SUSAN BLOOMBERG personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | LIGHT BROWN | 50 | 5'5 | 125 |

Sworn to me on: April 2, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**DAVID KLEINBERG**

Docket #: 552567

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SHUSTAK & PARTNERS - 349

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION<br>Plaintiff(s)<br><br>- against -<br><br>BRIDGE METAL INDUSTRIES, LLC, ETAL<br>Defendant(s) | Index #: 08 CV 03150 BUCHWALD<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 0055.33 |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 06:35 PM at

92 HAZELWOOD DRIVE (PRIVATE HOUSE)
JERICHO, NY11753

deponent served the within true copy of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES on GREEN LIGHT SOLUTIONS, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** — by delivering thereat a true copy of each to SUSAN BLOOMBERG personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | LIGHT BROWN | 50 | 5'5 | 125 |

Sworn to me on: April 2, 2008

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | DAVID KLEINBERG<br><br>Docket #: 552568 |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SHUSTAK & PARTNERS - 349

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., A NEW JERSEY CORPORATION | Index #: 08 CV 03150 BUCHWALD |
| Plaintiff(s) | |
| - against - | Date Filed: |
| BRIDGE METAL INDUSTRIES, LLC, ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |
| | Attorney File #1: 0055.33 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 06:35 PM at

92 HAZELWOOD DRIVE
JERICHO, NY 11753

deponent served the within true copy/copies of the SUMMONS & COMPLAINT (WITH EXHIBITS), CIVIL CASE COVER SHEET, PLAINTIFF'S RULE 7.1 STATEMENT, JUDGES' RULES on MITCHELL BLOOMBERG, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to SUSAN BLOOMBERG a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the WIFE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | LIGHT BROWN | 50 | 5'5 | 125 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

92 HAZELWOOD DRIVE
JERICHO, NY 11753

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 2, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 2, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID KLEINBERG

Docket #: 552569