UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Lighting         Plaintiff,
Company, Inc.

                                        8   cv   03150   (NRB)

- against -

                                        MOTION TO ADMIT COUNSEL

Bridge Metal Industries,  Defendant.    PRO HAC VICE
LLC, et al.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Erwin J. Shustak  a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Jonah A. Toleno
Firm Name:          Shustak & Partners, P.C.
Address:            401 West "A" Street, Suite 2330
City/State/Zip:     San Diego, CA  92101
Phone Number:       (619) 696-9500
Fax Number:         (619) 615-5290

Jonah A. Toleno                       is a member in good standing of the Bar of the States of

California and Arizona

There are no pending disciplinary proceeding against   Jonah A. Toleno
in any State or Federal court.

Dated:        4/2/2008
City, State:  San Diego, CA  92101

              Respectfully submitted,

              _____
              Sponsor's
              SDNY Bar  ES 5617
              Firm Name: Shustak & Partners, P.C.
              Address: 400 Park Ave
              City/State/Zip: New York, NY 10022
              Phone Number: (212) 688-5900
              Fax Number: (212) 688-6151

Erwin J. Shustak, Esq. (ES5617)
Shustak@shufirm.com
SHUSTAK & PARTNERS, P.C.
400 Park Avenue
New York, NY 10022
Telephone: (212) 688-5900
Facsimile: (212) 688-6151

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., a New Jersey Corporation;<br><br>        Plaintiffs,<br><br>vs.<br><br>BRIDGE METAL INDUSTRIES, LLC, a New York Limited Liability Company; JOSEPH MESSA, an individual; GALAXY SWITCHGEAR INDUSTRIES, LLC, a New York Limited Liability Company; BLAISE FREDELLA, an individual; ISAK LEMBERG, an individual; BORIS BREGMAN, an individual; PICASSO LIGHTING INDUSTRIES, LLC, a New York Limited Liability Company; INDEPENDENT LIGHTING, LLC, a New York Limited Liability Company; GREEN LIGHT SOLUTIONS, LLC; and MITCHELL BLOOMBERG, an individual,<br><br>        Defendants | Case No. 08cv03150 (NRB)<br><br><br><br><br><br><br>AFFIDAVIT OF ERWIN J. SHUSTAK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE<br><br><br><br><br><br><br><br><br><br><br><br>Date Action Filed: March 28, 2008 |

State of New York   )
                    )  ss:
County of New York  )

Erwin J. Shustak, being duly sworn, hereby deposes and says as follows:

1.      I am the managing partner at Shustak & Partners, P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jonah A. Toleno as counsel pro hac vice to represent Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Jonah A. Toleno since 2006.

4.      Ms. Toleno is Partner at Shustak & Partners, P.C., in San Diego, California.

5.      I have found Ms. Toleno to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Jonah A. Toleno, pro hac vice, which is attached hereto as Exhibit A.

7.      I respectfully submit a proposed order granting the admission of Jonah A. Toleno, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jonah A. Toleno, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 2, 2008
City, State: San Diego, CA.
Notarized: See attached Jurat

Respectfully submitted,

_____
Erwin J. Shustak
SDNY Bar Code: ES 5617

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____    _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this __2__ day of __April__, 20__08__, by

(1) __Erwin Shustak__,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature __Karen Henry__
Signature of Notary Public

[Notary Seal: KAREN HENRY, Commission # 1774661, Notary Public - California, San Diego County, My Comm. Expires Oct 21, 2011]

Place Notary Seal Above

─────────── OPTIONAL ───────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402 •Chatsworth, CA 91313-2402• www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

March 18, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JONAH AMERICA RIVERA, #209600 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2000; that at her request, on October 19, 2001, her name was changed to JONAH AMERICA TOLENO on the records of the State Bar of California; that from the date of admission to March 13, 2003, she was an ACTIVE member of the State Bar of California; that on March 13, 2003, she transferred at her request to the INACTIVE status as of January 1, 2003; that from that date to April 25, 2005, she was an INACTIVE member of the State Bar of California; that on April 25, 2005, she transferred at her request to the ACTIVE status; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JONAH AMERICA TOLENO,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on April 28, 2005, and is now, as of the date of this Certificate, an inactive member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 20th day of March, 2008.

_____
Leticia V. D'Amore
Disciplinary Clerk

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. I am over 18 years of age and not a party to this action. My business address is 401 West "A" Street, Suite 2330, San Diego, California 92101 which is located in the county where the service described below took place.

2. On April 15, 2008, I served the following document:

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

**AFFIDAVIT OF ERWIN J. SHUSTAK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

**THE STATE BAR OF CALIFORNIA CERTIFICATE OF GOOD STANDING**

**CERTIFICATE OF GOOD STANDING ISSUED BY THE DISCIPLINARY CLERK FOR AND ON BEHALF OF THE SUPREME COURT OF ARIZONA**

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

( x ) BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( ) BY PERSONAL SERVICE. I caused to be hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011.

( ) BY OVERNIGHT DELIVERY. I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013c.

( ) BY FACSIMILE. In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013e.

addressed to the parties listed on the attached Service List.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 15, 2008, at San Diego, California.


JULIANA KONZE

## SERVICE LIST

*National Lighting Company, Inc. v. Bridge Metal Industries, LLC, et al.*
Case No. 08cv03150 (NRB)

COUNSEL FOR PLAINTIFFS

Erwin J. Shustak
SHUSTAK & PARTNERS, P.C.
400 Park Avenue
New York, NY 10022
Telephone: (212) 688-5900
Facsimile: (212) 688-6151
Email: eshustak@shufirm.com

DEFENDANTS

Bridge Metal Industries, LLC
717 South Third Ave.
Mount Vernon, NY 10550

Joseph Messa
717 South Third Ave.
Mount Vernon, NY 10550

Galaxy Switchgear Industries, LLC
717 South Third Ave.
Mount Vernon, NY 10550

Blaise Fredella
717 South Third Ave.
Mount Vernon, NY 10550

Isak Lemberg
717 South Third Ave.
Mount Vernon, NY 10550

*National Lighting Company, Inc. v. Bridge Metal Industries, LLC, et al.*
**Case No. 08cv03150 (NRB)**
**Service List**
**Page 2**


Boris Bregman
717 South Third Ave.
Mount Vernon, NY  10550


Picasso Lighting Industries, LLC
717 South Third Ave.
Mount Vernon, NY  10550


Independent Lighting, LLC
92 Hazelwood Drive
Jericho, NY  11753


Green Light Solutions, LLC
92 Hazelwood Drive
Jericho, NY  11753


Mitchell Bloomberg
92 Hazelwood Drive
Jericho, NY  11753

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Lighting Company, Inc.    Plaintiff,

8 cv 03150 (NRB)

- against -

Bridge Metal Industries, LLC, et al.    Defendant.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Erwin J. Shustak attorney for National Lighting Company, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jonah A. Toleno |
| Firm Name: | Shustak & Partners, P.C. |
| Address: | 401 West "A" Street, Suite 2330 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 696-9500 |
| Email Address: | jtoleno@shufirm.com |

is admitted to practice pro hac vice as counsel for National Lighting Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006