Buchwald, J

PASHMAN STEIN
A Professional Corporation
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200

Attorneys for Defendants,
 BRIDGE METAL INDUSTRIES, LLC,
 JOSEPH MESSA, and BLAISE FREDELLA



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL LIGHTING COMPANY, INC., a ) Case No. 08-3150 (NRB)
New Jersey Corporation,                )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )
                                       )
BRIDGE METAL INDUSTRIES, LLC, a        )
New York Limited Liability Company;    )
JOSEPH MESSA, an individual; GALAXY    )
SWITCHGEAR INDUSTRIES, LLC, a New      )
York Limited Liability Company;        )
BLAISE FREDELLA, an individual;        )
ISAK LEMBERG, an individual; BORIS     )
BREGMAN, an individual; PICASSO        )
LIGHTING INDUSTIRES LLC, a New         )
York Limited Liability Company;        )
INDEPENDENT LIGHTING, LLC, a New       )
York Limited Liability Company;        )
GREEN LIGHT SOLUTIONS, LLC; and        )
MITCHELL BLOOMBERG, an individual,     )
                                       )   STIPULATION AND ORDER
                    Defendant.         )   EXTENDING TIME TO ANSWER
                                       )

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the respective parties hereto that the time in which defendants Bridge Metal Industries, LLC, Joseph Messa, and Blaise Fredella (collectively, "Defendants") may answer, move or otherwise

respond with respect to the Complaint shall be extended from April 21, 2008 to May 23, 2008.

Defendants hereby waive the right to challenge or otherwise assert a defense based on any failure or deficiency in the manner of service of process on them. Defendants specifically reserve all other defenses they may have.

DATED: 4-21-08

PASHMAN STEIN
A Professional Corporation
Attorneys for Defendants,
  BRIDGE METAL INDUSTRIES,
  LLC, JOSEPH MESSA, and
  BLAISE FREDELLA

BY: _____
       SEAN MACK

DATED: 4/28/08

SHUSTAK FROST & PARTNERS, P.C.
A Professional Corporation
Attorneys for Plaintiff,
  NATIONAL LIGHTING COMPANY,
  INC.

BY: _____
       ERWIN J. SHUSTAK

SO ORDERED

_____
Hon.
4/29/08

2