SDNY (Rev 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Lighting Company, Inc.    Plaintiff,

- against -

Bridge Metal Industries, LLC, et al.    Defendant.

08 cv 03150 (NRB)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Erwin J. Shustak attorney for National Lighting Company, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Jonah A. Toleno
Firm Name: Shustak & Partners, P.C.
Address: 401 West "A" Street, Suite 2330
City/State/Zip: San Diego, CA 92101
Telephone/Fax: (619) 696-9500
Email Address: jtoleno@shufirm.com

is admitted to practice pro hac vice as counsel for National Lighting Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 1, 2008
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006