SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

National Lighting Company, Inc.    Plaintiff,

08   cv   03150   (NRB)

- against -

Bridge Metal Industries, LLC, et al.    Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Erwin J. Shustak attorney for National Lighting Company, Inc.
and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Jeffrey P. Lendrum |
| Firm Name: | Shustak & Partners, P.C. |
| Address: | 401 West "A" Street, Suite 2330 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 696-9500 |
| Email Address: | jlendrum@shufirm.com |

is admitted to practice pro hac vice as counsel for National Lighting Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 23, 2008
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY. FEE PAID $ _____    SDNY RECEIPT#
SDNY Form Web 10/2006