MEMO ENDORSED — see p. 2

# TODD & LEVI, LLP

444 MADISON AVENUE
SUITE 1202
NEW YORK, NEW YORK 10022

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/08

TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

June 17, 2008

**VIA TELEFAX**

Honorable Naomi R. Buchwald
United States District Judge
United States Court House
500 Pearl Street
New York, New York 10007

Re: National Lighting Company, Inc. v. Bridge Metal Industries, LLC, et al.
 United States District Court, SDNY Case No. 08 CV 03150

Honorable Judge Buchwald,

    We represent defendants Galaxy Switchgear Industries, LLC, Isak Lemberg, Boris Bregman, Picasso Lighting Industries LLC, Independent Lighting, LLC, Green Light Solutions, LLC and Mitchell Bloomberg (collectively, the "Picasso Defendants") in connection with the above referenced matter. We are writing this letter on behalf of the Picasso Defendants and on behalf of Sean Mack, as counsel for all other Defendants (the "Bridge Defendants," together with the Picasso Defendants, the "Defendants").

    As Your Honor may recall, on May 22, 2008, Your Honor conducted a telephonic conference to address, among other things, the request of the Defendants for a pre-motion conference in anticipation of the Defendants filing a motion pursuant to Fed.R.Civ.P. 12(b)(6) (the "Motion"), to dismiss the majority of the Claims for Relief in the Complaint.

    At such time, the Court gave Plaintiff an opportunity to amend the Complaint, prior to the making of the Motion, which amendment might obviate the need to proceed with the Motion. We have now received and reviewed Plaintiff's Amended Complaint and the Defendants still wish to file a motion to dismiss. Accordingly, pursuant to Your Honor's directive, the parties for all counsel have conferred with regard to a briefing schedule for the motions. Subject to the Court's approval, the parties have agreed that Defendants will file their respective motions on or before July 18, 2008, Plaintiff will file

**TODD & LEVI, LLP**

Honorable Naomi R. Buchwald
June 17, 2008
Page 2



its opposition to the Motions on or before August 18, 2008 and Defendants will each file their respective replies to the Motions on or before September 5, 2008.

    In addition, in light of the number and complexity of the claims for relief alleged in the Complaint, Defendants also respectfully request that the Court permit the Defendants to file a memorandum of law in support of their respective motions with a maximum limit of thirty five pages. Plaintiff neither opposes nor supports the request for an increase in the page limitation and leaves it to the Court's discretion.

    We thank Your Honor for her time and attention to this matter.

*Handwritten margin notes: Schedule Approved NRB; Application Denied. NRB Buchwald 6/18/08*

Respectfully submitted,

Jil Levi

(via telefax)
cc:  Erwin J. Shustak, Esq.
      Jonah Toleno, Esq.
      Counsel for Plaintiff
      Sean Mack, Esq. (counsel for the Bridge Defendants)