**SEAN MACK, ESQ. (SM 2016)**
**PASHMAN STEIN**
A Professional Corporation
1375 Broadway
10th Floor
New York, New York 10018
(212) 995-2727

- and -

Court Plaza South
21 Main Street, Suite 100
Hackensack, New Jersey  07601
(201) 488-8200

Attorneys for Defendants,
  **BRIDGE METAL INDUSTRIES, LLC,**
  **JOSEPH MESSA and BLAISE FREDELLA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
NATIONAL LIGHTING COMPANY, INC., a          )     Civil Case No. 08-3150(NRB)
New Jersey Corporation,                     )          ECF CASE
                    Plaintiff,              )
   vs.                                      )
                                            )
BRIDGE METAL INDUSTRIES, LLC, a New         )
York Limited Liability Company; JOSEPH      )
MESSA, an individual; GALAXY SWITCHGEAR     )
INDUSTRIES, LLC, a New York Limited Liability )
Company; BLAISE FREDELLA, an individual;    )
ISAK LEMBERG, an individual; BORIS          )
BREGMAN, an individual; PICASSO LIGHTING    )
INDUSTIRES LLC, a New York Limited Liability )
Company; INDEPENDENT LIGHTING, LLC, a       )
New York Limited Liability Company; GREEN   )     **Federal Rule 7.1 Statement**
LIGHT SOLUTIONS, LLC; and MITCHELL          )
BLOOMBERG, an individual,                   )
                                            )
                    Defendant.              )
_____)

2

    Defendant Bridge Metal Industries, LLC, pursuant to F.R.C.P. 7.1, states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: July 18, 2008
    Hackensack, New Jersey

PASHMAN STEIN, P.C.
By: /s/ Sean Mack
Sean Mack, Esq. (SM 2016)
1375 Broadway
10th Floor
New York, New York 10018
(212) 995-2727
smack@pashmanstein.com

- and -

21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201) 488-8200
Attorneys for Defendants,
  **BRIDGE METAL INDUSTRIES, LLC, JOSEPH MESSA and BLAISE FREDELLA**

2