**SEAN MACK, ESQ. (SM 2016)**
**PASHMAN STEIN**
A Professional Corporation
1375 Broadway
10th Floor
New York, New York 10018
(212) 995-2727

- and -

Court Plaza South
21 Main Street, Suite 100
Hackensack, New Jersey  07601
(201) 488-8200

Attorneys for Defendants,
  **BRIDGE METAL INDUSTRIES, LLC,**
  **JOSEPH MESSA and BLAISE FREDELLA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGE METAL INDUSTRIES, LLC, a New York Limited Liability Company; JOSEPH MESSA, an individual; GALAXY SWITCHGEAR INDUSTRIES, LLC, a New York Limited Liability Company; BLAISE FREDELLA, an individual; ISAK LEMBERG, an individual; BORIS BREGMAN, an individual; PICASSO LIGHTING INDUSTIRES LLC, a New York Limited Liability Company; INDEPENDENT LIGHTING, LLC, a New York Limited Liability Company; GREEN LIGHT SOLUTIONS, LLC; and MITCHELL BLOOMBERG, an individual,<br><br>Defendant. | Civil Case No. 08-3150(NRB)<br>ECF CASE<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF DEFENDANTS MESSA'S AND FREDELLA'S MOTION PURSUANT TO FED. R. CIV. P.12(B)(6) TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that upon the allegations set forth in the Amended Complaint filed by Plaintiff in this action and the exhibits attached thereto, a copy of which is attached hereto, and the points and authorities set forth in the accompanying Memorandum of Law, Defendants Joseph Messa and Blaise Fredella (collectively "Defendants") shall move this Court before the Honorable Naomi Reice Buchwald, United States District Judge, at the United States District Courthouse, 500 Pearl Street, Room 2270, New York, New York 10007 on the date and time set by the Court, for dismissal of this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Defendants also seek such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Scheduling Memorandum entered by the Court on June 16, 2008, opposition papers, if any, are to be served by August 18, 2008, and Defendants reply brief must be served by September 5, 2008.

Dated: July 18, 2008

                                                PASHMAN STEIN, P.C.

                                                By:/s/ Sean Mack
                                                Sean Mack, Esq. (SM 2016)
                                                1375 Broadway
                                                10th Floor
                                                New York, New York 10018
                                                (212) 995-2727
                                                smack@pashmanstein.com

                                                - and -

                                                                21 Main Street, Suite 100
                                                                Hackensack, New Jersey  07601
     (201) 488-8200
     Attorneys for Defendants,
      BRIDGE METAL INDUSTRIES, LLC,
      JOSEPH MESSA, and BLAISE
      FREDELLA

To:    Erwin J. Shustak, Esq.
       Shustak Frost & Partners, P.C.
       400 Park Avenue, 14th Floor
       New York, NY 10022
       Counsel for Plaintiff

       Jill Levi, Esq.
       Todd & Levi, LLP
       444 Madison Avenue, Suite 1202
       New York, New York 10022
       Counsel for Galaxy Switchgear Industries, LLC, Isak Lemberg, Boris Bregman, Picasso Lighting Industries LLC, Independent Lighting LLC, Green Light Solutions, LLC, and Mitchell Bloomberg