UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
NATIONAL LIGHTING COMPANY, INC. a New
Jersey Corporation,

                                   Plaintiff,

                               v.                              Case No. 08 CV 03150

BRIDGE METAL INDUSTRIES, LLC, a New York
Limited Liability Company; JOSEPH MESSA, an
individual; GALAXY SWITCHGEAR INDUSTRIES,
LLC, a New York Limited Liability Company;        **NOTICE OF MOTION**
BLAISE FREDELLA, an individual; ISAK                    **TO DISMISS**
LEMBERG, an individual; BORIS BREGMAN, an         **THE COMPLAINT**
individual; PICASSO LIGHTING INDUSTRIES
LLC, a New York Limited Liability Company;
INDEPENDENT LIGHTING, LLC, a New York
Limited Liability Company; GREEN LIGHT
SOLUTIONS, LLC; and MITCHELL
BLOOMBERG, an individual,

                                 Defendants.
-------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the Affidavit of David B. Rosenberg, duly sworn to on July 18, 2008, and the exhibits annexed thereto, and upon the accompanying Memorandum of Law in Support of Motion to Dismiss the First Amended Complaint (the "Amended Complaint,") and all pleadings and proceedings heretofore had herein, Defendants Galaxy Switchgear Industries, LLC, Isak Lamberg (sued herein as Isak Lemberg), Boris Bregman, Picasso Lighting Industries LLC, Green Light Solutions, LLC, formerly known as Independent Lighting LLC and Mitchell Bloomberg (collectively, the "Moving Defendants") shall make a motion before the Honorable Naomi R. Buchwald, United States District Judge, at the United States District Court, 500 Pearl Street, New York, New York 10007, for an order: a) pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Eleventh and Fourteenth Claims in the Amended Complaint with prejudice and b) pursuant to the Section 1312 of the New York Business Law, dismissing the Tenth, Twelfth and Thirteenth Claims, and c) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the stipulated briefing schedule, which was approved by the Court, opposing papers, if any, shall be served on or before August 18, 2008.

Dated:   New York, New York
         July 18, 2008

                                        TODD & LEVI, LLP

                                        By: _____
                                            Jill Levi (JL 5223)
                                        Attorneys for Moving Defendants
                                        444 Madison Avenue
                                        Suite 1202
                                        New York, New York 10022
                                        (212) 308-7400