**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., a New Jersey Corporation;<br><br>     Plaintiffs,<br><br> vs.<br><br>BRIDGE METAL INDUSTRIES, LLC, a New York Limited Liability Company; JOSEPH MESSA, an individual; GALAXY SWITCHGEAR INDUSTRIES, LLC, a New York Limited Liability Company; BLAISE FREDELLA, an individual; ISAK LEMBERG, an individual; BORIS BREGMAN, an individual; PICASSO LIGHTING INDUSTRIES, LLC, a New York Limited Liability Company; INDEPENDENT LIGHTING, LLC, a New York Limited Liability Company; GREEN LIGHT SOLUTIONS, LLC; and MITCHELL BLOOMBERG, an individual,<br><br>     Defendants | Case No. 08cv03150 (NRB) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOITCE that Jonah A. Toleno of the law firm Shustak & Partners, P.C., admitted to the Bar of this Court, *Pro Hac Vice,* hereby appears as counsel for Plaintiff National Lighting Company, Inc. in this action and requests that all subsequent papers be served upon him at the following address:

Jonah A. Toleno
jtoleno@shufirm.com
SHUSTAK & PARTNERS, P.C.
401 West "A" Street, Suite 2330
San Diego, CA 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

|  |  |
|---|---|
| DATED:  August 12, 2008 | Submitted by, |
|  | SHUSTAK & PARTNERS, P.C.<br>ERWIN J. SHUSTAK<br>JONAH A. TOLENO<br>JEFFREY P. LENDRUM |
|  | s/Jonah A. Toleno<br>Jonah A. Toleno (*Pro Hac Vice)*<br>jtoleno@shufirm.com |
|  | 400 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 688-5900<br>Facsimile: (212) 688-6151 |
|  | 401 West A Street, Suite 2330<br>San Diego, CA  92101<br>Telephone: (619) 696- 9500<br>Facsimile: (619) 615-5290 |
|  | Attorneys for Plaintiff |