**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL LIGHTING COMPANY, INC., a New Jersey Corporation;<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>BRIDGE METAL INDUSTRIES, LLC, a New York Limited Liability Company; JOSEPH MESSA, an individual; GALAXY SWITCHGEAR INDUSTRIES, LLC, a New York Limited Liability Company; BLAISE FREDELLA, an individual; ISAK LEMBERG, an individual; BORIS BREGMAN, an individual; PICASSO LIGHTING INDUSTRIES, LLC, a New York Limited Liability Company; INDEPENDENT LIGHTING, LLC, a New York Limited Liability Company; GREEN LIGHT SOLUTIONS, LLC; and MITCHELL BLOOMBERG, an individual,<br><br>　　　　　　　Defendants | Case No. 08cv03150 (NRB) |

**NOTICE OF LAW FIRM NAME CHANGE**

PLEASE TAKE NOTICE that the law firm SHUSTAK & PARTNERS, P.C. changed its name to SHUSTAK FROST & PARTNERS, P.C.  The office address, telephone number, and facsimile number remain the same.

Please use this new firm name on all pleadings, correspondence and other documents.

DATED:  August 12, 2008

Submitted by,

SHUSTAK & PARTNERS, P.C.
ERWIN J. SHUSTAK

s/Erwin J. Shustak
Erwin J. Shustak (ES 5617)
Shustak@shufirm.com

400 Park Avenue
New York, NY 10022
Telephone: (212) 688-5900
Facsimile: (212) 688-6151

SHUSTAK & PARTNERS, P.C.
JONAH A. TOLENO
JEFFREY P. LENDRUM
401 West A Street, Suite 2330
San Diego, CA  92101
Telephone: (619) 696- 9500
Facsimile: (619) 615-5290

SHUSTAK & PARTNERS, P.C.
ERWIN J. SHUSTAK

Attorneys for Plaintiff